UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLONY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEMESCAL REI, LLC, et al,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01778 NONE JLT<br><br>**ORDER CLOSING THE ACTION**<br><br>**(Doc. 36)** |

　　　　The parties have filed a stipulation to dismiss the action with prejudice under Federal Rules of Civil Procedure Rule 41, with each side to bear their own fees and costs. (Doc. 36) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

　　Dated:　**August 13, 2021**　　　　　　　　　　／s/ **Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE